KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant DIANA ORANTES

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-08-0167 AWI |
| Plaintiff, | REQUEST FOR EX PARTE ORDER TO MODIFY CONDITIONS OF RELEASE TO INCLUDE MEDICAL AND PSYCHOLOGICAL TREATMENT AS ORDERED BY PRETRIAL SERVICES IN THE CENTRAL DISTRICT |
| v. | |
| DIANA ORANTES, et al. | |
| Defendant. | |

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT:

Defendant DIANA ORANTES, through her attorney KATHERINE HART, requests approval of an order allowing the Central District of California Pretrial Services Department out of Los Angeles to provide ORANTES with needed psychological and medical treatment, which has been recommended by the Central District.  Pretrial Services Officer DAN STARK has no objection to defendant ORANTES' participating in such a program provided that all other prior terms and conditions of release remain in full force and effect.  Assistant United States Attorney ELANA LANDAU has no objection to the defendant's participation in such a program.

1

1   Defendant DIANA ORANTES is on pretrial release, being supervised in Los
2   Angeles by the Pretrial Services Division of the Central District of California.
3   The Central District has a program of psychological, psychiatric and medical
4   treatment for defendants on pretrial release who are charged with the same types
5   of crimes as DIANA ORANTES is charged with–18 U.S.C. § 2252(a)(2)–Count
6   1–and 18 U.S.C. § 2252(a)(4)(B)–Count 2.  The Central District Pretrial Services
7   Office will pay for all costs associated with the program.  The Central District
8   Pretrial Services Officer has recommended to DIANA ORANTES, defendant, that
9   she engage in the treatment program, and has spoken to counsel KATHERINE
10  HART concerning the need to obtain an order  from the district court judge or the
11  magistrate judge approving such a program..

12  On August 26, 2008 Pretrial Services Officer DAN STARK notified attorney
13  KATHERINE HART that he had no objection to such a program so long as all
14  terms and conditions of release remain in full force and effect; on August 27, 2008
15  DAN STARK spoke telephonically with attorney KATHERINE HART, reiterating
16  his approval of such a program. On August 27, 2008 Assistant United States
17  Attorney ELANA LANDAU stated that she had no objection to such a program;

18  WHEREFORE Defendant requests that the court approve the submitted
19  order, which if approved will be furnished to the Central District of California
20  Pretrial Services Office.

21  Counsel for defendant KATHERINE HART declares under penalty of
22  perjury that the foregoing is true and correct to the best of her knowledge.

23  Executed in Fresno, California this 27th day of August, 2008.

24
25
26  DATE: August 27, 2008         /s/ Katherine Hart
                                  KATHERINE HART
27
28                                          2

Case 1:08-cr-00257-AWI   Document 22   Filed 08/27/08   Page 3 of 3

ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the Pretrial Services Office in the Central District of California, which is presently supervising the pretrial release of defendant DIANA ORANTES, has the authority to perform the following:

Provide a program of medical, psychiatric, or psychological treatment for defendant ORANTES, as determined by the Pretrial Services Officer;

That the authority to provide treatment also allows the Pretrial Services Office to pay for necessary costs of treatment;

That all prior terms and conditions of release that are not in conflict with the proposed treatment shall remain in full force and effect until further order of this court.

IT IS SO ORDERED.

**Dated:    August 27, 2008**          **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE

3