KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
DIANA ORANTES

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-08-CR 00257 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM JANUARY 5, 2009 to FEBRUARY 2, 2009 |
| v. | |
| | Proposed Date: 2/2/09<br>Time: 9:00 a.m.<br>Dept: AWI |
| DIANA ORANTES et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED AMONG COUNSEL AS FOLLOWS:

That the status conference previously set for January 5, 2009 at 9:00 a.m. be continued to February 2, 2009 as KATHERINE HART, counsel for DIANA ORANTES is currently in trial in Fresno County Superior Court Case F 089023688; also, settlement offers have recently been conveyed and counsel for CLARK and ORANTES need time to consider such offers;

It is further stipulated that time will be excluded under the provisions of the

1

Speedy Trial Act, 18 U.S.C. § 3161 et seq. in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: December 30, 2008         /s/ Katherine Hart
                                 KATHERINE HART, Attorney for
                                 DIANA ORANTES

DATED: December 30, 2008         /s/ Sebastian Rucci
                                 SEBASTIAN RUCCI, Attorney for
                                 AARON CLARK

DATED: December 30, 2008         /s/ Elana Landau
                                 ELANA LANDAU, Assistant United
                                 States Attorney

## ORDER

Good cause appearing it is hereby ordered that the status conference previously set for January 5, 2009 at 9:00 a.m. be reset to February 2, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE

2