HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00257-AWI-2 |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| DIANA ORANTES, | |
| *Defendant.* | |

Defendant, Diana Orantes, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release. Our office has a conflict.

On June 15, 2009, Ms. Orantes was sentenced to 63 months in custody followed by 10 years of supervised release. She began serving her term of supervised release on October 11, 2013.

Ms. Orantes submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. Therefore, after reviewing Ms. Orantes Financial Affidavit, it is respectfully recommended that CJA Panel counsel be appointed.

DATED:  February 19, 2021            */s/ Eric V Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint CJA Panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 19, 2021**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE